IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO.<br>1:21-CR-0474-UNA |
| TARELL McCALL | |

## ORDER

This matter is before the Court for consideration of the Report and Recommendation of Magistrate Judge John K. Larkins III [Doc. 44] to which no objections have been filed. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motion to Dismiss Indictment [Doc. 36] is hereby **DENIED**.

**IT IS SO ORDERED** this 19th day of April, 2023.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE