# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>            v.<br><br>TARELL E. McCALL,<br>    Defendant. | Criminal Action No.<br>1:21-cr-474-SDG |

## ORDER

This matter is before undersigned for consideration of the Report and Recommendation entered by United States Magistrate Judge John K. Larkins, III [ECF 63] (the R&R), which recommends that Defendant Tarell E. McCall be found competent to stand trial. No party filed objections to the R&R. In the absence of objections, and under 28 U.S.C. § 636(b)(1) and Fed. R. Crim. P. 59(b)(1), undersigned reviewed the R&R for clear error and found none. Accordingly, undersigned **ADOPTS** the R&R [ECF 63] as the order of this Court.

Counsel are directed to ECF 71, entered on January 11, 2024, for further instructions.

**SO ORDERED** this 17th day of January, 2024.

Steven D. Grimberg
United States District Court Judge